364 A.2d 914

Catherine E. HARTMAN, Appellee,

v.

Raymond M. HARTMAN, a/k/a Raymond M. Hartman, Jr., Appellant.

Supreme Court of Pennsylvania.

Argued March 9, 1976.

Decided Oct. 8, 1976.

James M. Keller, Ellwood City, for appellant.

J. Frank Kelker, Kelker & Kelker, Rochester, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION OF THE COURT

PER CURIAM:

Decree affirmed.   Costs on the appellant.